|   |   |
|---|---|
| 1<br>2<br>3<br>4 | AYSCOUGH & MARAR<br>Sidney Lanier, Esq., #119948<br>23110 Crenshaw Blvd., Suite A<br>Torrance, CA 90505<br><br>Attorney for Plaintiffs | FILED & ENTERED<br><br>JUN 12 2009<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY penning  DEPUTY CLERK |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>WILLIAM J. BEVERLY,<br><br>　　　　Debtor.<br>_____<br>CATHERINE OUTLAND, SUSAN OUTLAND GLEASON AND SUSAN OUTLAND GLEASON AS ADMINISTRATOR OF THE ESTATE OF CHRISTINE MARTELL,<br><br>　　　　Plaintiffs,<br><br>Vs.<br><br>William J. Beverly,<br><br>　　　　Defendant | ) Case No. 2:04-29840 TD<br>)<br>) Adversary Case No. 2:05-01257TD<br>)<br>)<br>) JUDGMENT DENYING DISCHARGE<br>) OF DEBTOR AND DISMISSING<br>) MOOT CAUSES OF ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) Date: March 18, 2009<br>) Time: 10:30 a.m.<br>) Ctrm: 1345<br>) Roybal Federal Bldg.<br>) 255 E. Temple St.<br>) Los Angeles, CA 90017<br>)<br>)<br>)<br>) |

Pursuant to the opinion of the United States Bankruptcy Appellate Panel of the Ninth Circuit and its judgment in CC-06-1284 filed July 24, 2007, the Court grants judgment as follows:

　　1. The discharge of Debtor is **denied** pursuant to 11 U.S.C. § 727(a)(2)(A);

Judgment Denying Discharge And Dismissing Moot Causes Of Action - 1

2. The remaining causes of action of the operative Complaint are rendered **moot** by this judgment and are therefore **dismissed without prejudice;**

3. Plaintiffs, Catherine Outland, Susan Outland Gleason and Susan Outland Gleason as Administrator of the Estate of Christine Martell, shall have judgment for their costs of suit in the amount of $_____.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

###

DATED: June 12, 2009

_____
United States Bankruptcy Judge

Judgment Denying Discharge And Dismissing Moot Causes Of Action -    2