**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: FERRER, FELICIDAD § Case No. 2:17-bk-13256-ER
      FERRER, RENATO §
§
§
      Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Wesley H. Avery, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,240.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $15,576.79 | Claims Discharged Without Payment: | $19,779,149.10 |
| Total Expenses of Administration: | $67,414.67 | | |

    3) Total gross receipts of $82,991.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $82,991.46 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,210,623.75 | $2,477,339.66 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $95,314.67 | $67,414.67 | $67,414.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $3,964,494.86 | $371,897.42 | $371,897.42 | $15,576.79 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $8,314,516.50 | $16,805,030.89 | $16,805,030.89 | $0.00 |
| **TOTAL DISBURSEMENTS** | $14,489,635.11 | $19,749,582.64 | $17,244,342.98 | $82,991.46 |

4) This case was originally filed under chapter 7 on 03/17/2017. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2021          By: /s/ Wesley H. Avery
                                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claims against various people who owe money to Debtors | 1129-000 | $82,991.46 |
| TOTAL GROSS RECEIPTS | | $82,991.46 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Internal Revenue Service Central. Insolv. Oper. | 4110-000 | $2,210,623.75 | $2,477,339.66 | $0.00 | $0.00 |
| | TOTAL SECURED | | $2,210,623.75 | $2,477,339.66 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wesley H. Avery | 2100-000 | NA | $7,399.57 | $7,399.57 | $7,399.57 |
| Trustee, Expenses - Wesley H. Avery | 2200-000 | NA | $56.95 | $56.95 | $56.95 |
| Bond Payments - BOND | 2300-000 | NA | $77.43 | $77.43 | $77.43 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $710.66 | $710.66 | $710.66 |
| Attorney for Trustee Fees (Other Firm) - GOURJIAN LAW GROUP | 3210-000 | NA | $51,170.00 | $41,170.00 | $41,170.00 |
| Attorney for Trustee Expenses (Other Firm) - GOURJIAN LAW GROUP | 3220-000 | NA | $500.06 | $500.06 | $500.06 |
| Accountant for Trustee Fees (Other Firm) - CBIZ VALUATION GROUP, LLC | 3410-000 | NA | $35,000.00 | $17,500.00 | $17,500.00 |
| Accountant for Trustee Expenses (Other Firm) - CBIZ VALUATION GROUP, LLC | 3420-000 | NA | $400.00 | $0.00 | $0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $95,314.67 | $67,414.67 | $67,414.67 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Internal Revenue Service Central. Insolv. Oper. | 5800-000 | $3,964,494.86 | $118,662.23 | $118,662.23 | $4,970.12 |
| 13P | FRANCHISE TAX BOARD | 5800-000 | NA | $253,235.19 | $253,235.19 | $10,606.67 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$3,964,494.86** | **$371,897.42** | **$371,897.42** | **$15,576.79** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Prema Thekkek and Antony Thekkek | 7100-000 | NA | $6,180,000.00 | $6,180,000.00 | $0.00 |
| 2 | Grandview Retirement Center, Inc. | 7100-000 | $76,929.00 | $354,942.59 | $354,942.59 | $0.00 |
| 3 | Landry Ko | 7100-000 | $1,000.00 | $2,760,000.00 | $2,760,000.00 | $0.00 |
| 4 | Richard K. Diamond, Bankruptcy Trustee | 7100-000 | $900,402.25 | $2,500,000.00 | $2,500,000.00 | $0.00 |
| 5 | Arent Fox LLP | 7100-000 | NA | $41,023.00 | $41,023.00 | $0.00 |
| 7 | Toyota Motor Credit Corporation c/o Becket and Lee LLP | 7100-000 | NA | $1,088.72 | $1,088.72 | $0.00 |
| 8 | Toyota Motor Credit Corporation c/o Becket and Lee LLP | 7100-000 | NA | $4,206.99 | $4,206.99 | $0.00 |
| 9 | American Honda Finance Corporation National Bankruptcy Center | 7100-000 | $8,883.40 | $8,883.40 | $8,883.40 | $0.00 |
| 10 | HCF Insurance Agency | 7100-000 | $4,353,083.64 | $4,579,602.20 | $4,579,602.20 | $0.00 |
| 11 | Prema Thekkek and Antony Thekkek | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 12 | Robert Ledner c/o Richard A. Bunt | 7100-000 | $100.00 | $22,046.67 | $22,046.67 | $0.00 |
| 13U | FRANCHISE TAX BOARD | 7200-000 | NA | $353,237.32 | $353,237.32 | $0.00 |
| N/F | All California Funding | 7100-000 | $100.00 | NA | NA | NA |
| N/F | American Honda Finance | 7100-000 | $8,883.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $4,290.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CA Franchise Tax Board | 7100-000 | $220,647.00 | NA | NA | NA |
| N/F | DLJ Mortgage Capital, Inc. | 7100-000 | $100.00 | NA | NA | NA |
| N/F | HCF Insurance Agency | 7100-000 | $550,000.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 7100-000 | $1,611,795.32 | NA | NA | NA |
| N/F | Koom Soun Sun | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial | 7100-000 | $742.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial | 7100-000 | $4,447.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial | 7100-000 | $34,707.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial | 7100-000 | $34,707.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial | 7100-000 | $114,953.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial | 7100-000 | $27,129.00 | NA | NA | NA |
| N/F | Plantnation, Inc. | 7100-000 | $4,611.60 | NA | NA | NA |
| N/F | Richard K. Diamond, bankruptcy trustee | 7100-000 | $354,691.29 | NA | NA | NA |
| N/F | Robert Ledner | 7100-000 | $100.00 | NA | NA | NA |
| N/F | SCE (Southern California Edison) | 7100-000 | $1,115.00 | NA | NA | NA |
| N/F | TEM Properties, LLC | 7100-000 | $1,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$8,314,516.50** | **$16,805,030.89** | **$16,805,030.89** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 2:17-bk-13256-ER
**Case Name:** FERRER, FELICIDAD
FERRER, RENATO
**For Period Ending:** 10/20/2021

**Trustee Name:** (001270) Wesley H. Avery
**Date Filed (f) or Converted (c):** 03/17/2017 (f)
**§ 341(a) Meeting Date:** 07/20/2017
**Claims Bar Date:** 02/12/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods and furnishings | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Electronics (Two cell phones) | 300.00 | 300.00 | | 0.00 | FA |
| 3 | Family photos | 20.00 | 20.00 | | 0.00 | FA |
| 4 | Clothes (Shirts, pants, dresses, skirts, shoes) | 300.00 | 300.00 | | 0.00 | FA |
| 5 | Jewelry (Costume jewelry, Timex watch) | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Cash | 20.00 | 20.00 | | 0.00 | FA |
| 7 | Checking account: Bank of America | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 8 | Loreto Holdings, LLC, a California Entity<br>Entity No. 200509410398 (Potential 51% ownership) | 0.00 | 1.00 | | 0.00 | FA |
| 9 | Claims against various people who owe money to Debtors<br>Proof of Claim filed in bankruptcy case of Vanessa Ly (2:16-bk-22420) for $1,250,000 | 0.00 | 81,574.17 | | 82,991.46 | FA |
| **9** | **Assets Totals (Excluding unknown values)** | **$2,240.00** | **$83,815.17** | | **$82,991.46** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  2:17-bk-13256-ER
**Case Name:**  FERRER, FELICIDAD
FERRER, RENATO
**For Period Ending:**  10/20/2021

**Trustee Name:**  (001270) Wesley H. Avery
**Date Filed (f) or Converted (c):**  03/17/2017 (f)
**§ 341(a) Meeting Date:**  07/20/2017
**Claims Bar Date:**  02/12/2018

**Major Activities Affecting Case Closing:**

REPORTING PERIOD ENDING JUNE 30, 2022

TDR submitted 10/20/2021.

REPORTING PERIOD ENDING JUNE 30, 2021

TFR submitted 6/11/2021.  September 1, 2021 at 11:00 AM in Courtroom 1568.

Fees voluntarily reduced by professionals to increase payment to priority unsecured creditors.
-Attorney voluntarily reduced fees to $41,170 per Notice of Voluntary Reduction (Docket 94 - 7/14/2021);
-Accountant waived expenses waived and fees voluntary reduced to $17,500 per Notice of Voluntary Reduction (Docket 93 - 7/9/2021).

AGED CASE REPORT AS OF MARCH 31, 2021 (AGED CASE)

Quarterly review for PE 3/31/2021:  Request for court costs and Notice to Professionals has been filed.  Upon filing of the final fee applications, the Trustee will submit the TFR.
-Liquidation Approach/Analysis:  Trustee received funds from the related case in the amount of approximately $82,991, which will pay a portion of the priority claims which total $371,897.42.  The distribution will depend on the final administrative expenses, which are approximately $50,000 for attorney fees/expenses and $35,000 for accountant/consultant fees/expenses, subject to reduction to make a meaningful distribution to creditors.  Due to the high secured/priority tax claims, distributions will only be made to priority claims.

AGED CASE REPORT AS OF DECEMBER 31, 2020 (AGED CASE)

Quarterly review for PE 12/31/2020:   All assets have been administered.   Upon receipt of the final estate tax return, the Trustee will file the Notice to Professionals and prepare the TFR.
-Liquidation Approach/Analysis:  Trustee received funds from the related case in the amount of approximately $82,991, which will pay a portion of the priority claims which total $371,897.42.  The distribution will depend on the final administrative expenses, which are approximately $50,000 for attorney fees/expenses and $31,000 for accountant/consultant fees/expenses, subject to reduction to make a meaningful distribution to creditors.

AGED CASE REPORT AS OF SEPTEMBER 30, 2020 (AGED CASE)

Quarterly review for PE 9/30/2020:  The TFR and NFR have been filed in related case (Vanessa Ly 16-22420); TFR hearing set for 10/7/2020 at 10:00 am in Courtroom 1575.  The TFR proposes to pay $81,574.17 (6.5%) of the $1,250,000 Proof of Claim filed in the case on behalf of the instant bankruptcy estate.  Upon entry of the order and receipt of funds from the related case, trustee will start closing preparation of this case.
-Liquidation Approach/Analysis: The anticipated funds from the related case will pay a portion of the priority claims which total $371,897.42.  The distribution will depend on the administrative expenses and final receipt of funds.

REPORTING PERIOD ENDING JUNE 30, 2020 (AGED CASE)

Quarterly review as of 7/1/2020:   The Trustee has filed a proof of claim on behalf of the debtors in another related bankruptcy case (In re Ly, Case No. 16-22420).  The Trustee is still waiting to see if a distribution will be made from the related case to this bankruptcy estate.  Trustee is informed that Sam Leslie, the chapter 7 trustee in the related case, is still in the process of preparing the TFR.  Trustee may recover a dividend from

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| **Case No.:** 2:17-bk-13256-ER | **Trustee Name:** (001270) Wesley H. Avery |
| **Case Name:** FERRER, FELICIDAD / FERRER, RENATO | **Date Filed (f) or Converted (c):** 03/17/2017 (f) |
| | **§ 341(a) Meeting Date:** 07/20/2017 |
| **For Period Ending:** 10/20/2021 | **Claims Bar Date:** 02/12/2018 |

the related bankruptcy case.
-Liquidation Approach/Analysis: The distribution will depend on the recovery, if any, from the related case.

AGED CASE REPORT AS OF MARCH 31, 2020 (AGED CASE)

The Trustee has filed a proof of claim on behalf of the debtors in another related bankruptcy case (In re Ly, Case No. 16-22420). The Trustee is still waiting to see if a distribution will be made from the related case to this bankruptcy estate. Trustee is informed that Sam Leslie, the chapter 7 trustee in the related case, is in the process of preparing the TFR.

Quarterly review as of 4/1/2020: No significant changes since the prior reporting period.

AGED CASE REPORT AS OF DECEMBER 31, 2019 (AGED CASE)

No significant changes since the prior reporting period.

REPORTING PERIOD ENDING JUNE 30, 2019

The trustee has filed a proof of claim on behalf of the debtors in another, related bankruptcy case, and is monitoring said case to determine if a distribution will be made from that case to this bankruptcy estate.

REPORTING PERIOD ENDING JUNE 30, 2018

Trustee, through his counsel and forensic accountant, is still analyzing potential claims in this matter. Pending trustee's analysis, there may be assets to recover and administer. Additionally, the trustee may have a valid claim in another related bankruptcy case, In re Ly, Case No. 16-22420.

GENERAL
Potential avoidance claims.

PROFESSIONALS
-Order Approving Trustee's Application To Employ The Firm Of CBIZ Valuation Group, LLC As Financial Advisors And Consultants For Trustee(BNC-PDF) (Related Doc # [58]) Signed on 12/7/2017.
-Order Granting Application to Employ Varand Gourjian (BNC-PDF) (Related Doc # [67]) Signed on 3/9/2018.

INSURANCE
n/a

TAX RETURNS
Requested from accountant. Taxes received from accountant; mailed and faxed on 3/26/2021.

CLAIMS STATUS
Proofs of Claims due by 2/12/2018. Government Proof of Claim due by 9/13/2017. Trustee has reviewed claims. Thirteen claims totaling $19,654,267.97 have been filed, comprised of two priority claims by IRS ($118,662.23) and FTB ($253,235.19) totaling $371,897.42 and one secured claim by the IRS in the amount of $2,477,339.66. The remaining amount is general unsecured. The anticipated funds from administered assets will be enough to pay a portion of the priority claims, so trustee will not be objecting to any of the general unsecured claims.

CLOSING
Request for court costs and Notice to Professionals filed on 4/2/2021. Notice to Pay Court Costs Due Sent To: Wesley H Avery, Total Amount Due $0.

ETFR: 9/30/2020

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 2:17-bk-13256-ER
**Case Name:** FERRER, FELICIDAD
FERRER, RENATO

**For Period Ending:** 10/20/2021

**Trustee Name:** (001270) Wesley H. Avery
**Date Filed (f) or Converted (c):** 03/17/2017 (f)
**§ 341(a) Meeting Date:** 07/20/2017
**Claims Bar Date:** 02/12/2018

NEW ETFR (AS OF 6/30/2020): 9/30/2021

**Initial Projected Date Of Final Report (TFR):** 09/30/2020     **Current Projected Date Of Final Report (TFR):** 07/29/2021 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 2:17-bk-13256-ER | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|
| Case Name: | FERRER, FELICIDAD | Bank Name: | Metropolitan Commercial Bank |
|  | FERRER, RENATO | Account #: | ******8675 Checking |
| Taxpayer ID #: | **-***7407 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/20/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/20 | {9} | Sam S Leslie, Chapter 7 Trustee | Distribution from Proof of Claim #19 filed in bankruptcy case of Vanessa Ly (2:16-bk-22420) for $1,250,000 | 1129-000 | 82,991.46 | | 82,991.46 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 57.48 | 82,933.98 |
| 01/29/21 | 101 | INTERNATIONAL SURETIES | Bond Payment (Bond #016229730) - 1/4/2021 to 1/4/2022 | 2300-000 | | 77.43 | 82,856.55 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 128.47 | 82,728.08 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 123.79 | 82,604.29 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 145.63 | 82,458.66 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.15 | 82,326.51 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 123.14 | 82,203.37 |
| 09/03/21 | 102 | GOURJIAN LAW GROUP | Claim #ATTY EXP / Filed: $500.06 / Dividend paid at 100.00% = $500.06 | 3220-000 | | 500.06 | 81,703.31 |
| 09/03/21 | 103 | GOURJIAN LAW GROUP | Claim #ATTY FEE / Filed: $51,170.00 / Dividend paid at 100.00% = $41,170.00 | 3210-000 | | 41,170.00 | 40,533.31 |
| 09/03/21 | 104 | Wesley H. Avery | Combined trustee compensation & expense dividend payments. | | | 7,456.52 | 33,076.79 |
| | | Wesley H. Avery | Claims Distribution - Thu, 07-29-2021 $7,399.57 | 2100-000 | | | |
| | | Wesley H. Avery | Claims Distribution - Thu, 07-29-2021 $56.95 | 2200-000 | | | |
| 09/03/21 | 105 | CBIZ VALUATION GROUP, LLC | Claim #ACCT FEE / Filed: $35,000.00 / Dividend paid at 100.00% = $17,500.00 | 3410-000 | | 17,500.00 | 15,576.79 |
| 09/03/21 | 106 | Internal Revenue Service Central. Insolv. Oper. | Claim #6P / Filed: $118,662.23 / Dividend paid at 4.19% = $4,970.12 | 5800-000 | | 4,970.12 | 10,606.67 |
| 09/03/21 | 107 | FRANCHISE TAX BOARD | Claim #13P / Filed: $253,235.19 / Dividend paid at 4.19% = $10,606.67 | 5800-000 | | 10,606.67 | 0.00 |

|  | COLUMN TOTALS | | 82,991.46 | 82,991.46 | $0.00 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
|  | Subtotal | | 82,991.46 | 82,991.46 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | NET Receipts / Disbursements | | $82,991.46 | $82,991.46 | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:17-bk-13256-ER | **Trustee Name:** | Wesley H. Avery (001270) |
| **Case Name:** | FERRER, FELICIDAD<br>FERRER, RENATO | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******8675 Checking |
| **Taxpayer ID #:** | **-***7407 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/20/2021 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $82,991.46 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $82,991.46 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8675 Checking | $82,991.46 | $82,991.46 | $0.00 |
| | **$82,991.46** | **$82,991.46** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)